1   Rissa A. Stuart #166459
    Kahn, Soares & Conway LLP
2   219 N. Douty Street
    Hanford, CA 93230
3   Phone: (559) 584-3337
    Facsimile: (559) 584-3348
4
    Attorney for:  Defendants, DANIEL R. KHAL; SHELLEY RAE
5   KHAL; AMARJIT SINGH DHANOA dba BELLEVUE MINI MART

6

7

8

9

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12

13   RONALD MOORE,                          Case No.  1:14-CV-01145-LJO-SAB

14         Plaintiff,

15         vs.                              **STIPULATION TO CONTINUE
                                            MANDATORY SCHEDULING
16   DANIEL R. ALKHAL; SHELLEY RAE          CONFERENCE AND ORDER**
     ALKHAL; AMARJIT SINGH DHANOA dba
17   BELLEVUE MINI MART,

18         Defendants

19

20         WHEREAS, Counsel for Plaintiff, RONALD MOORE, and Defendants, DANIEL R.

21   KHAL; SHELLEY RAE KHAL (erroneously sued as DANIEL R. ALKHAL; SHELLEY RAE

22   ALKHAL); AMARJIT SINGH DHANOA dba BELLEVUE MINI MART, had a meet and

23   confer conference call on September 30, 2014.  During that conversation counsel for Defendants

24   advised there had been an inspection of the property and Defendants are awaiting the report in

25   order to discuss settlement issues.   Counsel for Plaintiff, Tanya E. Moore, advised she would

26

27

28
                                          1

agree to continue the conference if Defendants needed time to review the CASP report with

counsel to facilitate settlement discussions.

WHEREAS, it is understood and agreed by and between the parties, by and through their

counsel, that it would take some time for Defendants to review the report and discuss settlement

options and related property issues with Plaintiff's counsel.

WHEREAS, the Mandatory Scheduling Conference is currently scheduled in this matter

for October 28, 2014, at 9:15 a.m., which will not provide the parties enough time to explore

and/or complete a resolution through settlement.

WHEREAS, the parties desire to conserve the resources of this court and avoid incurring

additional attorney's fees and costs.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

IT IS HEREBY STIPULATED that the Mandatory Scheduling Conference currently set for October 28, 2014, be continued to a date after December 1, 2014, at the court's convenience, however, counsel for Plaintiff is not available December 19, 2014, through January 9, 2015, and counsel for Defendants is not available December 2, 11, and 12, 2014.

Dated: October _____, 2014                    MOORE LAW FIRM, P.C.

                                              By:_/s/Tanya E. Moore_____ ____
                                                 Tanya E. Moore, Attorneys for Plaintiff,
                                                 RONALD MOORE

Dated: October _____, 2014                    KAHN, SOARES & CONWAY, LLP

                                              By:_____/s/_____
                                                 Rissa A. Stuart, Attorneys for DANIEL R.
                                                 KHAL; SHELLEY RAE KHAL;
                                                 AMARJIT SINGH DHANOA dba BELLEVUE
                                                 MINI MART

## ORDER

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for October 28, 2014, be continued to January 20, 2015 at 3:30 p.m. before Magistrate Judge Stanley A. Boone in Courtroom 9 of the above-entitled court.  A joint scheduling report shall be filed no later than seven (7) days prior to this date.

IT IS SO ORDERED.

Dated:   **October 21, 2014**          _____
                                       UNITED STATES MAGISTRATE JUDGE