1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DANIEL R. ALKHAL, et al.,<br><br>　　　　Defendants. | No.  1:14-cv-01145-LJO-SAB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Daniel R. Khal aka Daniel R. Alkhal; Shelley Rae Khal aka Shelley Rae Alkhal; and Amarjit Singh Dhanoa dba Bellevue Mini Mart, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 23, 2014                MOORE LAW FIRM, P.C.


                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorneys for Plaintiff
                                       Ronald Moore

                                       KAHN, SOARES & CONWAY LLP


                                       */s/ Rissa A. Stuart*
                                       Rissa A. Stuart
                                       Attorneys for Defendants
                                       Daniel R. Khal aka Daniel R. Alkhal; Shelley Rae Khal aka Shelley Rae Alkhal; and Amarjit Singh Dhanoa dba Bellevue Mini Mart

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**SO ORDERED**
**Dated: December 23, 2014**

                                       **/s/ Lawrence J. O'Neill**
                                       **United States District Judge**